BALL & CO. v. VAN RIPER *et al.*

Appeal : LESS THAN ONE HUNDRED DOLLARS : CONTENTS OF CERTIFICATE. Where an appeal involves less than one hundred dollars, it is necessary, in order to give this court jurisdiction, for the trial judge to state that the questions of law certified by him are involved in the cause. (Compare *Van Sickle v. Downs*, 72 Iowa, 624.)

*Appeal from Franklin Circuit Court.*—HON. D. D. MIRACLE, Judge.

FILED, MARCH 10, 1888.

THE facts are stated in the opinion.

*D. W. Henley*, for appellant.

*Taylor & Evans*, for appellee.

SEEVERS, C. J.—The amount in controversy is less than one hundred dollars, and the certificate of the trial judge is as follows : "At the request of the defendants, the court certified the following questions of law, on which it is desirable to have the opinion of the supreme court." It will be observed that the certificate fails to state that the questions certified are involved in the cause, and it is, therefore, insufficient. *Van Sickle v. Downs*, 72 Iowa, 624. The appeal must be

DISMISSED.